UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY NAPOLEON JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>SANDAR AUNG, *et al.*,<br><br>        Defendants. | Case No. 2:18-cv-02940-WBS-JDP (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 29 |

Plaintiff has filed a motion for a forty-five extension of time to file objections to the August 6, 2021 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 29, is granted in part.

    2. Plaintiff is granted until September 10, 2021 to file any objections.

    3. Plaintiff is admonished that no further extensions of time will be granted absent a showing of extraordinary cause.

IT IS SO ORDERED.

Dated:   August 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE